IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3052 |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| DION A. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government's motion to continue, (filing no. 26), is granted, and the government's brief in response to defendant's motion for return of monies shall be filed on or before September 2, 2009.

DATED this 27th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge