IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3052 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DION A. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)      The government's motion to continue trial (filing 39) is granted.

(2)      Trial of this case as to Defendant Brown is continued to October 26, 2009, before the undersigned United States district judge, as the number three criminal case, for three days, in Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

(3)      The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice.  See 18 U.S.C. § 3161.

Dated October 7, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge