IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3052 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| DION A. BROWN, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

I held a telephone conference at 11:15 a.m. with counsel today. Trial is scheduled to commence Monday morning. As late as yesterday, both lawyers informed my chambers that the case would go to trial. As a result, other cases have been continued. My trial and hearing schedule remains packed and it would be very difficult to promptly reschedule this case.

At the telephone conference today, and moving for a trial continuance, Ms. Siglar, defense counsel, represented that her client was dissatisfied with her; that her client was dissatisfied with my ruling on the suppression motion, and wanted to appeal that decision; that her client was dissatisfied with the jury pool; that her client was considering waiving a jury trial; and that her client wanted to secure the attendance of a witness at the Women's Penitentiary in York, Nebraska. The government did not oppose the continuance motion. I denied the motion because it comes far too late and the reasons given are insufficient.

IT IS SO ORDERED:

DATED this 23rd day of October, 2009.

BY THE COURT:
*Richard G. Kopf*
United States District Judge